# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| David L. Turner, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:19-cv-00068-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Erik A. Hooks, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2021 Order.

September 7, 2021

Frank G. Johns, Clerk
United States District Court